**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7331

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RALPH D. DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:07-cr-00254-TSE-1)

Submitted:  November 17, 2009          Decided:  November 24, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ralph D. Davis, Appellant Pro Se. Edward J. McAndrew, OFFICE OF
THE UNITED STATES ATTORNEY, Charles Philip Rosenberg, Assistant
United States Attorney, Alexandria, Virginia; Andrew McCormack,
Special Assistant United States Attorney, Washington, D.C., for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph D. Davis appeals the district court's order denying his motions seeking to obtain copies of Title III orders[*] relevant to his criminal conviction, and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Davis, No. 1:07-cr-00254-TSE-1 (E.D. Va. June 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] See 18 U.S.C. § 2510-2522 (2006).